IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**
  **Appellee,**

v.  APPEAL NO. 22-4642

**RAYMOND DUGAN,**
  **Appellant.**

## MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by Holly J. Wilson, Assistant United States Attorney for the Southern District of West Virginia, and pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, moves this Court for a 28-day extension of time to file its response brief, extending the time for filing from September 26, 2023, until October 24, 2023. As grounds for this motion, the undersigned Assistant United States Attorney represents the following:

1. This is the undersigned's first request for an extension of time to file a response brief.

2. This appeal concerns, in part, whether the district court erred in denying pretrial motions. Consequently, the Joint Appendix is especially voluminous.

3. Further, the Assistant United States Attorney who litigated the issues is no longer with the United States Attorney's Office for the Southern District of West Virginia.

4. Additionally, during the time since the appellant's brief was filed, the undersigned has been involved in preparing complex cases for indictment, in addition to handling a full caseload.

5. For these reasons, the undersigned believes that an additional 28 days is necessary to research and respond to the opening brief.

6. Appellant's counsel Shawn Morgan and Emily Rector have been advised of the undersigned's intention to file this motion and has authorized the undersigned to inform the Court that they do not object to the motion for extension of time.

Wherefore, the United States respectfully requests a 28-day extension in which to file the response brief in the above-referenced case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

s/Holly J. Wilson
HOLLY J. WILSON
Assistant United States Attorney
WV State Bar No. 13060
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: holly.wilson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion for Extension of Time" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 7th day of September, 2023, to:

>Ms. Shawn A. Morgan, Esq.
>Steptoe & Johnson, PLLC
>400 White Oaks Boulevard
>Bridgeport, West Virginia 26330
>Tel: (304) 933-8119
>Email: Shawn.Morgan@Steptoe-Johnson.com

>s/Holly J. Wilson
>HOLLY J. WILSON
>Assistant United States Attorney
>WV State Bar No. 13060
>300 Virginia Street, East
>Room 4000
>Charleston, West Virginia 25301
>Telephone: 304-345-2200
>Fax: 304-347-5104
>E-mail: holly.wilson@usdoj.gov