UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:21-cr-358-SCB-TGW

ANTHONY LEE KENDALL

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

8:21-cr-358-SCB-TGW
8:21-cr-342-VMC-SPF

*All the actions relate to a singular enterprise that ran a series of for-profit websites trafficking sexualized images and videos of minors, some of which depicted minors engaged in sexually explicit conduct.*

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: November 19, 2021

                                        Respectfully submitted,

                                        KARIN HOPPMANN
                                        Acting United States Attorney

By:   */s/ Francis D. Murray*
       Francis D. Murray
       Assistant United States Attorney
       Florida Bar No. 0108567
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Francis.Murray2@usa.doj.gov

| U.S. v. Anthony Lee Kendall | Case No. 8:21-cr-358-SCB-TGW |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Francis D. Murray*
Francis D. Murray
Assistant United States Attorney
Florida Bar No. 0108567
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Francis.Murray2@usa.doj.gov