## Personal Identifying Information
### (HP laptop)

| Credit Cards | | | |
|---|---|---|---|
| **Name On Card** | **Card Number** | **Expiry Date** | **Artifact** |
| Jade Monahan | ************5282 | 5-2023 | Chrome Saved Credit Cards |
| jade Monahan | ************6186 | 2-2022 | Chrome Saved Credit Cards |
| jade Monahan | ************0466 | 3-2023 | Chrome Saved Credit Cards |
| Jade monahan | ************7327 | 5-2023 | Chrome Saved Credit Cards |

| Passwords and Tokens | | |
|---|---|---|
| **User Name** | **Service** | **Artifact** |
| jademonahan@live.com | http://www.facebook.com/ | Chrome Logins |
| JADEMONAHAN@GMAIL.COM | https://www.directv.com/DTVAPP/login/login.jsp | Chrome Logins |
| Monahan Properties | https://www.amazon.com/bb/registration/business-info/ref=b2b_reg_tr_mu_lp_yaa | Chrome Logins |
| jademonahan@gmail.com | http://www.directv.com/DTVAPP/ | Chrome Logins |
| monahan | https://quickbooks.intuit.com/start/core_iam_sui | Chrome Logins |
| JADEMONAHAN@GMAIL.COM | http://www.iheart.com/show/Freakonomics/ | Chrome Logins |
| JADEMONAHAN@GMAIL.COM | https://www.linkedin.com/uas/login | Chrome Logins |
| jademonahan@gmail.com | https://www.netflix.com/Login | Chrome Logins |
| Jademonahan | https://onlinebillpay.urbandalewater.org/ | Chrome Logins |

GOVERNMENT EXHIBIT
11
4:20-cr-00207

| Identifiers - People | | |
|---|---|---|
| **Identifier** | **Column Name** | **Artifact** |
| monahan | User Name | UserAssist |
| monahan | User Account | Rebuilt Desktops (Windows) |
| Jade Monahan | Authors | Word Documents |
| jademonahan@gmail.com | Recipients | Outlook Emails |
| Jade Monahan | Full Name | Skype Contacts |
| Jade  Monahan | Name | Chrome Autofill Profiles |
| jademonahan@gmail.com | Email | Chrome Autofill Profiles |
| Jade | Name | Chrome Autofill Profiles |
| MONAHAN | User Name | Chrome Logins |
| jademonahan@live.com | User Name | Chrome Logins |
| Jade Monaghan | Full Name | Skype Accounts |
| Jade Monahan <jadem@cbswholesale.com> | From | MBOX Emails |
| Jade Monahan | Authors | Excel Documents |